UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL SMITH, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>　　　　　　　　　　　　　　Defendant. | Civil No.　11-CV-1958-JLS (BGS)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On October 2, 2012, the Court held an Early Neutral Evaluation Conference. The case did not settle. Therefore, the Court discussed compliance with Federal Rules of Civil Procedure, Rule 26 immediately thereafter. Based thereon, IT IS HEREBY ORDERED:

1.　Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A)-(D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

2.　The Rule 26(f) conference shall be completed on or before **October 26, 2012**;

3.　The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before **November 9, 2012**;

4.　A **Joint Discovery Plan** shall be lodged with Magistrate Judge Skomal by delivering the plan directly to chambers or by emailing it to efile_skomal@casd.uscourts.gov, on or

before **November 15, 2012**. The plan must be one document and must explicitly cover the parties views and proposals for **each** item identified in Fed.R.Civ.P. 26(f)(3). In addition, Judge Skomal requires the discovery plan to identify whether the parties will consent to jurisdiction of a Magistrate Judge. Agreements made in the Discovery Plan will be treated as binding stipulations that are effectively incorporated into the Court's Case Management Order.

In cases involving significant document production and electronic discovery, the parties must also include the process and procedure for "claw back" or "quick peek" agreements as contemplated by Fed. R. Evid. 502(d). The parties should also address whether an order providing for protection under Rule 502(e) is needed.

5. A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on **November 26, 2012**, at **1:30 p.m.** The conference shall be telephonic, with attorneys only. Counsel for Plaintiff shall coordinate and initiate the conference call. When all call participants are on the phone please call (619) 557-2993 to reach chambers.

Failure of any counsel or party to comply with this Order may result in the imposition of sanctions.

DATED: October 2, 2012

*[signature]*

**BERNARD G. SKOMAL**
United States Magistrate Judge