FILED

APR 10 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NEIL SMITH, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff - Petitioner,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>Defendant - Respondent. | No. 14-80025<br><br>D.C. No. 3:11-cv-01958-JLS-BGS Southern District of California, San Diego<br><br>ORDER |

Before: GOODWIN and CANBY, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's order, entered January 29, 2014, denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

AT/MOATT