David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
PARISI & HAVENS, LLP
212 Marine Street, Suite 100
Santa Monica, CA  90405
Tel: (818) 990-1299
Fax: (818) 501-7852

*Additional counsel listed on signature page*

*Attorneys for Plaintiff*
NEIL SMITH

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL SMITH, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, a Washington corporation, <br><br> Defendant. | Case No. 11-cv-01958-JLS-BGS <br><br> CLASS ACTION <br><br> **STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** <br><br> Judge: The Hon. Janis L. Sammartino <br><br> Magistrate: The Hon. Bernard G. Skomal |

Plaintiff Neil Smith ("Plaintiff"), by his attorneys, respectfully moves this court for an Order dismissing this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The request for dismissal is made in order to appeal the denial of class certification. Although Defendant Microsoft Corporation stipulates to this dismissal, Microsoft does not agree that the dismissal will create appellate jurisdiction and reserves its right to contest jurisdiction of the Ninth Circuit over the class certification decision.

Plaintiff moves for dismissal to preserve judicial resources and the resources of the Parties by avoiding an unnecessary trial. Microsoft agrees to the dismissal with prejudice only and reserves all other rights, including the right to contest the merits of Plaintiff's appeal and the right to contest appellate jurisdiction over this matter at the Ninth Circuit.

Therefore, Plaintiff requests that the Court enter the Proposed Order following the Stipulation lodged concurrently herewith.


Dated: April 25, 2014                    Respectfully Submitted,

                                         NEIL SMITH, individually and on behalf
                                         of a class of similarly situated individuals

                                         /s/ Michael J. McMorrow
                                         One of Plaintiff's Attorneys

1
2
3
4
5

David C. Parisi (SBN 162248)
dcparisi@parisihavens.com
PARISI & HAVENS, LLP
212 Marine Street, Suite 100
Santa Monica, CA  90405
Tel: (818) 990-1299
Fax: (818) 501-7852

6
7
8
9
10

Michael J. McMorrow (admitted *pro hac vice*)
mike@mjmcmorrow.com
MCMORROW LAW, P.C.
One North LaSalle Street, 44th Floor
Chicago, IL  60602
Tel:  (312) 265-0708

11
12
13
14
15

Evan M. Meyers (admitted *pro hac vice*)
emeyers@mcgpc.com
McGUIRE LAW, P.C.
161 N. Clark Street, 47th Floor
Chicago, IL  60601
Tel:  (312) 216-5179
Fax: (312) 275-7895

16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on April 25, 2014, I caused the foregoing *Stipulated Motion to Dismiss Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2)* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party:

THOMAS W. MCNAMARA (SBN 127280)
mcnamarat@ballardspahr.com
CHRYSTA L. ELLIOTT (SBN 253298)
elliottc@ballardspahr.com
BALLARD SPAHR LLP
655 West Broadway, Suite 1600
San Diego, CA  92101-8494
Tel: (619) 696-9200
Fax: (619) 696-9269

CHARLES B. CASPER (*pro hac vi*ce)
ccasper@mmwr.com
JENNIFER E. CANFIELD (*pro hac vi*ce)
jcanfield@mmwr.com
MONTGOMERY McCRACKEN
WALKER & RHOADS, LLP
123 South Broad Street, 24th Floor
Philadelphia, PA  19109
Tel: (215) 772-1500
Fax: (215) 772-7620

/s/  Michael J. McMorrow

Stipulated Mtn. to Dismiss                    Case No. 11-cv-01958-JLS-BGS