1  David C. Parisi (SBN 162248)
   dcparisi@parisihavens.com
2  PARISI & HAVENS, LLP
3  212 Marine Street, Suite 100
   Santa Monica, CA  90405
4  Tel: (818) 990-1299
5  Fax: (818) 501-7852

6  *Additional counsel listed on signature page*

7

8  **UNITED STATES DISTRICT COURT**

9  **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| NEIL SMITH, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 11-cv-01958-JLS-BGS<br><br>CLASS ACTION<br><br>**STIPULATION TO GRANT PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**<br><br>Judge: The Hon. Janis L. Sammartino<br><br>Magistrate: The Hon. Bernard G. Skomal |

The parties, by and through their attorneys of record, stipulate to the Court's entry of the proposed order separately submitted to the Court, dismissing the case with prejudice, directing entry of judgment, and reserving questions of appealability.  In support of this request, the parties represent the following:

   1.   Plaintiff filed this action on August 25, 2011.

---

**Stipulation re Mot. to Dismiss**                                    **Case No. 11-cv-01958-JLS-BGS**

2. On January 28, 2014, the Court entered its Order on Plaintiff's Motion for Class Certification, denying class certification. *See* Dkt. 85.

3. On April 10, 2014, the United States Court of Appeals for the Ninth Circuit entered an Order, "The Court, in its discretion, denies the petition for permission to appeal the district court's order, entered January 29, 2014, denying class action certification."

4. On April 25, 2014, Plaintiff filed a Motion to Dismiss Action with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2). In that Motion, Plaintiff explained, "The request for dismissal is made in order to appeal the denial of class certification."

5. Microsoft does not oppose Plaintiff's Motion to Dismiss Action with Prejudice. Microsoft does contend, however, that Plaintiff will have no right to appeal the Court's Order denying class certification if the action is dismissed with prejudice before a trial on Plaintiff's individual claim.

6. This Stipulation is not filed pursuant to a settlement agreement, nor was Plaintiff's Motion to Dismiss Action with Prejudice filed pursuant to a settlement agreement. The parties have not entered into any settlement of Plaintiff's individual or class claims.

7. Based on the foregoing, the parties stipulate and agree that the Court may enter the proposed Order dismissing the matter with prejudice, reserving to all parties their arguments as to the propriety of any appeal. Any argument as to the

propriety of an appeal shall be addressed in the United States Court of Appeals for the Ninth Circuit, if and when Plaintiff files a notice of appeal.

Respectfully submitted this 25th day of April, 2014.

Ballard Spahr LLP

By  s/Thomas W. McNamara
Thomas W. McNamara (SBN 127280)
Chrysta L. Elliott (SBN 253298)
655 West Broadway, Suite 1600
San Diego, CA 92101-8494
Tel: (619) 696-9210
Fax: (619) 696-9269

Charles B. Casper
Jennifer E. Canfield
Montgomery McCracken Walker & Rhoads LLP
123 South Broad Street
Philadelphia, PA 19109

*Attorneys for Microsoft Corporation*

McMorrow Law, P.C.

By  s/Michael J. McMorrow
Michael J. McMorrow
One North LaSalle Street, 44th Floor
Chicago, IL 60602
Tel: (312) 265-0708

David C. Parisi
Parisi & Havens, LLP
212 Marine Street, Suite 100
Santa Monica, CA 90405

Even M. Meyers
McGuire Law, P.C.
161 N. Clark Street, 47th Floor
Chicago, IL 60601

*Attorneys for Plaintiff*