# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL SMITH, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 11-CV-1958 JLS (BGS)<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**<br><br>(ECF No. 97) |

Presently before the Court is Plaintiff Neil Smith's Stipulated Motion to Dismiss Action With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2). (ECF No. 97.) Good cause appearing, the Court **GRANTS** the Motion. The above-named action is hereby **DISMISSED WITH PREJUDICE**. Each party will bear its own costs and fees.

**IT IS SO ORDERED**.

DATED: April 29, 2014

Honorable Janis L. Sammartino
United States District Judge